UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC DOUGLAS,

                        Plaintiff,

    v.

CITY OF PEEKSKILL, *et al.*,

                        Defendants.

Case No. 21-CV-10644 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

The Court adopts the following briefing schedule: Defendant County of Westchester shall file its Motion To Dismiss by no later than March 8, 2022.  Plaintiff shall file a response by no later than April 22, 2022.  Defendant County of Westchester shall file a reply by no later than May 6, 2022.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.


SO ORDERED.

DATED:      February 2, 2022
              White Plains, New York

                                           _____
                                           KENNETH M. KARAS
                                           UNITED STATES DISTRICT JUDGE