MEMO ENDORSED

# Hale & Monico LLC

Arthur G. Larkin
Direct (646) 858-1180
alarkin@ahalelaw.com

53 W. Jackson Blvd.
Ste. 330
Chicago, IL 60604-3406
312-341-9646
312-341-9656 (fax)

7 S. Fairview, Ste. 201
Park Ridge, IL 60068
847-696-9021 (fax)

456 Fulton Ave.
Ste. 218
Peoria, IL 61602
309-839-8396
309-637-1106 (fax)

The Woolworth Building
233 Broadway
Ste. 820
New York, NY 10279
646-858-1180

April 18, 2022

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK)

Your Honor:

We write in order to request an extension of three weeks of the date by which plaintiff's opposition to the County of Westchester's motion to dismiss plaintiff's claims is due, from the current date of April 22, 2022 (*see* Dkt. 30, 38), to May 13, 2022, and a similar extension of the date by which the County's reply is due, from May 6, 2022, to May 27, 2022. The reason for this request is that the undersigned has upcoming filing deadlines in other matters including opposition to defendants' partial motion to dismiss in the matter Ojeda v. City of New York, 21-CV-5775 (RA), due on April 22, 2022; and appellant's reply brief in the matter People v. Werkheiser, Docket #112780 (Appellate Division, Third Dept.), due April 25, 2022. In addition, the undersigned filed opposition to summary judgment in the matter Johnson v. McMorrow, 19-CV-6480 (PMH), on April 1, 2022.

This is plaintiff's first request for an extension of the briefing schedule on this motion. Defense counsel does not object to this request. The undersigned apologizes for filing this request four (4) business days prior to the deadline rather than five (5) business days, as Your Honor's rules require. This was an oversight on the undersigned's part.

Granted. Defense reply is moved accordingly.      Respectfully submitted,

So Ordered.

4/18/22

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
cc:   All Counsel (by ECF)