MEMO ENDORSED

# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

| 53 W. Jackson Blvd. | 7 S. Fairview, Ste. 201 | 456 Fulton Ave. | 250 Park Ave. |
| Ste. 330 | Park Ridge, IL 60068 | Ste. 218 | 7th Floor |
| Chicago, IL 60604-3406 | 847-696-9021 (fax) | Peoria, IL 61602 | New York, NY 10177 |
| 312-341-9646 | | 309-839-8396 | 212-810-2477 |
| 312-341-9656 (fax) | | 309-637-1106 (fax) | |

March 31, 2023

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights lawsuit alleging malicious prosecution and fair trial claims. We write with the consent of all parties to request an extension of thirty (30) days of the parties' deadline to submit a revised case management plan, from Friday, April 7, to Monday, May 8, 2023. On March 24, 2023, the court granted the County of Westchester's motion to dismiss plaintiff's claims, without prejudice (Dkt. 72). By order entered on Sept. 16, 2022 (Dkt. 60), the court had directed the parties to submit a revised case management plan within two weeks after the court resolved the County's motion to dismiss, which would require the parties to submit the revised plan by next Friday, April 7, 2023. However, the order dismissing plaintiff's claims also granted plaintiff leave to file an Amended Complaint within thirty (30) days curing any pleading defects, if plaintiff chooses to do so. (Dkt. 72, at page 33) Plaintiff requests an extension of the deadline to submit the revised case management plan so that he may consider whether to file an Amended Complaint prior to submission of the plan. As noted above, all parties consent to this request.

Granted.

So Ordered.
/s/
3/31/23

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
cc:   All Counsel (by ECF)