UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARC DOUGLAS,

                            Plaintiff,                          7:21-cv-10644-KMK-VR

            -against-                                  **ORDER**

CITY OF PEEKSKILL, et al.,

                            Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       On May 1, 2023, Plaintiff wrote the Court requesting that the Court review certain documents *in camera* and then compel the County of Westchester to disclose the discoverable portions of those documents. (ECF No. 77). On May 25, 2023, the County of Westchester submitted a letter opposing the disclosure of the aforementioned documents to Plaintiff but consented to the Court's *in camera* review of the documents. (ECF No. 82).

       The Court held a telephonic Status Conference on June 8, 2023. For the reasons discussed on the record, Plaintiff's request is GRANTED in part, as follows:

       On or before Friday, June 16, 2023, the parties are directed to jointly submit a confidentiality order to the Court.

       On or before June 16, 2023, the County of Westchester is directed to provide the Court with physical copies of the remaining disputed documents on the County's privilege log for *in camera* review. The parties are also directed to submit a joint letter listing the documents submitted, as identified on the privilege log.

       One business day after entry of the confidentiality order, the County of Westchester is directed to produce to Plaintiff what the parties referred to during the June 8, 2023, Status

1

Conference as the "Plaintiff's Inmate File," the "Pre-Sentence Report," and redacted versions of the unsealed "Yellow and Pink Sheets."

On or before June 22, 2023, the County of Westchester is directed to produce to Plaintiff the unsealed records of Jerry and Yolanda Newton, in accordance with Hon. Paul Davison's March 10, 2023, Order. (ECF No. 71).

**SO ORDERED.**

DATED:   White Plains, New York
         June 12, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge