UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARC DOUGLAS,

                         Plaintiffs,

        -against-

CITY OF PEEKSKILL et al,

                         Defendant.

----------------------------------------------------------------X

21-CV-10644 (KMK)(VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than September 29, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
               August 29, 2023

                                                                    _____
                                                                  VICTORIA REZNIK
                                                                  United States Magistrate Judge