UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Douglas .,

                              Plaintiffs,

          -against-

City of Peekskill, et al.,

                             Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:21-cv-10644-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **February 27, 2024 at 12:00 PM**. The parties are to dial in to ATT conference line at 877-336-1839, enter access code 5999739 and then# to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
                February 7, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge