# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

**53 W. Jackson Blvd.**
**Ste. 330**
**Chicago, IL  60604-3406**
**312-341-9646**
**312-341-9656 (fax)**

**7 S. Fairview, Ste.  201**
**Park Ridge, IL 60068**
**847-696-9021 (fax)**

**456 Fulton Ave.**
**Ste. 218**
**Peoria, IL 61602**
**309-839-8396**
**309-637-1106 (fax)**

**250 Park Ave.**
**7th Floor**
**New York, NY 10177**
**212-810-2477**

---

February 20, 2024

**BY ECF**
Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter, in which plaintiff alleges malicious prosecution and fair trial claims against the City of Peekskill, and Peekskill police officers Todd Gallaher and Marcos Martinez.  We write to request that the court reschedule the status conference which is now set for February 27, 2024, at 12:00 noon (*see* Dkt. 120).  The reason for this request is that the parties have scheduled the Rule 30(b)(6) deposition of the defendant City of Peekskill for that day, starting at 10:00 am.  All parties consent to this request.

The parties are available on the following dates/times to conduct the conference:

- February 26, 2024, anytime
- February 27, 2024, anytime after 3:00 pm.
- February 28, 2024, at 10:00 am.
- February 29, 2024, at 10:00 am.

We thank the court for considering this request.

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

*The Court is rescheduling the 2/27/24 conference to 2/26/24 at 12:00 pm. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.*

*The Clerk of Court is requested to close out ECF No. 121.*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 2/21/24

AGL/m
cc:   All Counsel (by ECF)