# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

**53 W. Jackson Blvd.**
**Ste. 330**
**Chicago, IL  60604-3406**
**312-341-9646**
**312-341-9656 (fax)**

**7 S. Fairview, Ste.  201**
**Park Ridge, IL 60068**
**847-696-9021 (fax)**

**456 Fulton Ave.**
**Ste. 218**
**Peoria, IL 61602**
**309-839-8396**
**309-637-1106 (fax)**

**250 Park Ave.**
**7ᵗʰ Floor**
**New York, NY 10177**
**212-810-2477**

---

March 8, 2024

**BY ECF**
Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

Re:    Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter, and we write to request permission to respond to the County's letter of today's date (Dkt. 123), by Friday, March 15, 2024, one week or five (5) business days from today.  We would prefer to respond earlier but we understand from the court reporters that the transcript of the deposition that is the subject of the County's letter (that of former ADA Timothy Ward, taken on Feb. 28, 2024) will not be available until Wednesday, March 13, 2024.  The proposed time to respond is consistent with Your Honor's individual rules.  The County does not object to this request.

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
cc:    All Counsel (by ECF)

Plaintiff's request is
**GRANTED**.

Plaintiff's response letter
is due 3/11/24. The
Clerk of Court is
requested to close out
ECF Nos. 123 and 124.

Dated: 3/11/24

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.