# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

| 53 W. Jackson Blvd.<br>Ste. 330<br>Chicago, IL 60604-3406<br>312-341-9646<br>312-341-9656 (fax) | 7 S. Fairview, Ste. 201<br>Park Ridge, IL 60068<br>847-696-9021 (fax) | 456 Fulton Ave.<br>Ste. 218<br>Peoria, IL 61602<br>309-839-8396<br>309-637-1106 (fax) | 250 Park Ave.<br>7th Floor<br>New York, NY 10177<br>212-810-2477 |

March 27, 2024

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter, and we write in order to request an adjournment of the pre-motion conference scheduled for April 3, 2024, at 10:30 a.m., by teleconference (Dkt. 136). The reason for this request is that the undersigned must attend a funeral that day and will not be available. We have conferred with counsel for the defendants and all parties are available on either Thursday, April 4, before 12 noon, and also Wednesday, April 10, before 3:00 p.m. All parties have kindly consented to this request.

Granted. The conference is adjourned to
4/ 10 /24, at 12:30

So Ordered.
[signature]
3/27/24

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
cc:   All Counsel (by ECF)