# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

**53 W. Jackson Blvd.**
**Ste. 330**
**Chicago, IL  60604-3406**
**312-341-9646**
**312-341-9656 (fax)**

**7 S. Fairview, Ste.  201**
**Park Ridge, IL 60068**
**847-696-9021 (fax)**

**456 Fulton Ave.**
**Ste. 218**
**Peoria, IL 61602**
**309-839-8396**
**309-637-1106 (fax)**

**250 Park Ave.**
**7th Floor**
**New York, NY 10177**
**212-810-2477**

---

April 15, 2024

**BY ECF**
Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter and we write in order to request an extension of two (2) business days until Wednesday, April 17, to submit the parties' joint letter concerning plaintiff's motion to seal his submission to the court of March 15, 2024 (Dkt. 129 (motion to seal), 130, 130-1 through 130-23).  The court's order of Friday's date (Dkt. 144) had set a deadline of April 11, 2024, to file the joint submission, but the date was apparently set in error.  All parties consent to this request.

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m

cc:    All Counsel (by ECF)

The parties' request is GRANTED.

The joint letter on sealing is due April 17, 2024.

The Clerk of Court is requested to close out ECF No. 145.

Dated: 4/16/24

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.