# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

| | | | |
|---|---|---|---|
| 53 W. Jackson Blvd. Ste. 330 Chicago, IL 60604-3406 312-341-9646 312-341-9656 (fax) | 7 S. Fairview, Ste. 201 Park Ridge, IL 60068 847-696-9021 (fax) | 456 Fulton Ave. Ste. 218 Peoria, IL 61602 | 250 Park Ave. 7th Floor New York, NY 10177 |

**MEMO ENDORSED**

August 16, 2024

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: <u>Douglas v. City of Peekskill, et al.</u>, 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter. We submit this letter request to file under seal Plaintiff's Exhibits 18 and 19 in opposition to defendants' motion for summary judgment. Plaintiff's <u>Exhibit 18</u> comprises excerpts of the deposition of former ADA Darcy Rydlun, who presented the case to the Grand Jury in August, 2006, and Plaintiff's <u>Exhibit 19</u> is a copy of ADA Rydlun's memorandum regarding that Grand Jury presentation. By order dated July 30, 2024 (Dkt. 168), the court, Hon. Victoria Reznick, ruled, over plaintiff's objection, that these exhibits should remain sealed. We continue to oppose sealing of these materials but seek permission to file them under seal, at this time, in order to comply with Judge Reznick's order. Copies of both exhibits are annexed to the sealed filing of this letter.

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
Attachments (sealed filing only)
cc:   All Counsel (by ECF)

Granted.

SO ORDERED.

8/19/24