

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

July 8, 2025

Via ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Douglas v. City of Peekskill, et al.
      Docket No. 21 CIV 10644 (KMK)

Dear Judge Karas:

I am writing to respectfully request a brief extension to allow Defendants to exchange their submission by July 14, 2025 and file a Joint Pretrial Order on July 18, 2025.

I have contacted Plaintiff's counsel, Arthur Larkin, Esq., and Co-defendant's counsel, James Randazzo, Esq., and they consent to our request.

Thank you for your consideration.

Granted.                                         Respectfully,

So Ordered
7/8/25                                           *Michael K. Burke*
                                                 Michael K. Burke

MKB:la

Cc:   Hale & Monico, LLC (via ECF)
      Portale Randazzo, LLP (via ECF)