# Hale & Monico LLC

Arthur G. Larkin
Direct (212) 810-2477
alarkin@halemonico.com

| | | | |
|---|---|---|---|
| 53 W. Jackson Blvd.<br>Ste. 330<br>Chicago, IL 60604-3406<br>312-341-9646<br>312-341-9656 (fax) | 7 S. Fairview, Ste. 201<br>Park Ridge, IL 60068<br>847-696-9021 (fax) | 456 Fulton Ave.<br>Ste. 218<br>Peoria, IL 61602<br>309-839-8396<br>309-637-1106 (fax) | 250 Park Ave.<br>7th Floor<br>New York, NY 10177<br>212-810-2477 |

August 20, 2025

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Douglas v. City of Peekskill, et al., 21-CV-10644 (KMK) (VR)

Your Honor:

We represent plaintiff Marc Douglas in this civil rights matter. We submit this letter request to file under seal Plaintiff's Exhibits 7-9 in support of his motions *in limine*. Plaintiff's Exhibit 7 is a redacted version of ADA Darcy Rydlun's memorandum summarizing the Grand Jury presentation in the underlying criminal prosecution of plaintiff, which plaintiff seeks to admit at trial over defendants' objections; Exhibit 8 is an unredacted copy of the same memorandum; and Exhibit 9 is an excerpt of ADA Rydlun's deposition describing the memorandum. By order dated July 30, 2024 (Dkt. 168), the court, Hon. Victoria Reznick, ruled, over plaintiff's objection, that these exhibits should remain sealed. We continue to oppose sealing of these materials but seek permission to file them under seal, at this time, in order to comply with Judge Reznick's order. Copies of the three exhibits are annexed to the sealed filing of this letter.

Granted, though the objection is noted.

So Ordered.
*[signature]*
8/20/25

Respectfully submitted,

/s/
Arthur G. Larkin, Esq.
HALE & MONICO, LLC

AGL/m
Attachments (sealed filing only)
cc:   All Counsel (by ECF)