UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC DOUGLAS,

                              Plaintiff,

        v.

CITY OF PEEKSKILL, *et al.*,

                              Defendants.

No. 21-CV-10644 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

In light of the Parties' letter informing the Court that they have reached a settlement in principle, (*see* Dkt. No. 272), the Court denies without prejudice the Parties' motions in limine and Plaintiff's motion to compel the New York Department of Corrections and Community Supervision to produce a witness for trial. The Clerk of Court is respectfully directed to terminate these pending motions (Dkt. Nos. 210, 218, 224, 271).

SO ORDERED.

Dated:    February 25, 2026
          White Plains, New York

                                     _____
                                     KENNETH M. KARAS
                                     United States District Judge